22-07/GMV/PLS

FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiffs
80 Pine Street
New York, NY  10005
(212) 425-1900
(212) 425-1901 fax
Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 0335)





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

FANTER SHIPPING LTD. and
PRIAMOS MARITIME S.A. ,

07 CV 331

07 CV

                         Plaintiffs,

-   against –

SHANGHAI LIXIN SHIPYARD,

**RULE 7.1 STATEMENT**

                    Defendant.

-----------------------------------------------------------x

       Plaintiffs FANTER SHIPPING LTD. and PRIAMOS MARITIME S.A. by and through

their attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of

Civil Procedure, certifies that they are private (nongovernmental) parties, that have no corporate

parents and that no publicly held corporation owns 10% or more of their stock.

Dated: New York, New York
       January 16, 2007

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Plaintiffs
                        FANTER SHIPPING LTD. and
                        PRIAMOS MARITIME S.A.

By: _____
                        Gina M. Venezia (GV 1551)
                        Pamela L. Schultz (PS 0335)
                        80 Pine Street
                        New York, NY  10005
                        (212) 425-1900
                        (212) 425-1901 fax