MEMO ENDORSED

GEORGE B FREEHILL
WILLIAM L JUSKA JR
JAMES ROSS*
ERIC E LENCK
JOHN J WALSH
PATRICK J BONNER*
PETER J GUTOWSKI
MARK F MULLER
WAYNE D MEEHAN*
JON P MURNANE JR
THOMAS M RUSSO
THOMAS M CANEVARI
MICHAEL FERNANDEZ*
JOHN F KARPOUSIS*▲
MICHAEL E UNGER*†
WILLIAM J PALLAS*
GINA M VENEZIA*▲
BARBARA G CARNEVALE*
MANUEL A MOLINA
LAWRENCE J KAHN*†
JUSTIN T NASTRO*
PAMELA L SCHULTZ*▲
DANIEL J FITZGERALD*▲
JILL A TAFT
MICHAEL C ELLIOTT*

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON DC
● ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONN. CIRCUIT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE (203) 921-1913
FACSIMILE (203) 358-8377

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/07

March 23, 2007

Our ref: 22-07/GMV/PLS

**BY FEDERAL EXPRESS**
The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street – Room 1310
New York, New York 10007

      RE:   Fanter Shipping Ltd. and Priamos Maritime S.A.
              v. Shanghai Lixin Shipyard - 07 CV 331 (LAK)

Dear Judge Kaplan:

      We represent Plaintiff in the captioned matter and write to request an adjournment of the pre-trial conference currently scheduled for March 30 at 10:00 a.m. This is our first request for such relief.

      By way of background, Plaintiff initiated this action seeking security for its maritime claims via an attachment of Defendant's property pursuant to Rule B. The requested Rule B attachment was granted in January 2007. Plaintiff has been successful in restraining funds, and the parties are discussing resolution of this matter through overseas counsel. The parties are optimistic that the matter will be resolved, and therefore, we believe that the conference would be of little benefit to the Court or the parties. Although Defendant has not yet made a formal appearance, we have been contacted by local counsel for the Defendant, who consents to our request for an adjournment of the conference for a period of approximately 45 days.

      We thank the Court for its attention to this matter.

NYDOCS1/280358.1

Respectfully submitted,
FREEHILL HOGAN & MAHAR, LLP

Pamela L. Schultz

cc: Jack Greenbaum, Esq.
*Via facsimile:* 917-332-3834

Conference adjourned without date. Case transferred to suspense docket

SO ORDERED

LEWIS A. KAPLAN, USDJ
3/28/07

NYDOCS1/280358.1