GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▵
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▵
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA°▵
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*°†
DANIEL J. FITZGERALD*†▵
MICHAEL C. ELLIOTT*

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▵ALSO ADMITTED IN WASHINGTON, D.C.
°ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8377



May 8, 2007

## MEMO ENDORSED

Our ref: 22-07/GMV/PLS

MAY - 9 20..

**BY HAND DELIVERY**
The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street – Room 1310
New York, New York 10007

RE:   Fanter Shipping Ltd. and Priamos Maritime S.A.
v. Shanghai Lixin Shipyard - 07 CV 331 (LAK)
-----------------------------------------------------------------

Dear Judge Kaplan:

We represent Plaintiff in the captioned matter and write to request an extension of time to serve the Summons and Complaint on Defendant Shanghai Lixin Shipyard ("Lixin"). This is our first request for such relief.

This matter involves a claim by Plaintiff against Forbes for breach of a maritime contract. Plaintiff's Verified Complaint included a request for an attachment pursuant to Supplemental Rule B of the Federal Rules of Civil Procedure, and contemporaneously with the filing of the Verified Complaint, Plaintiff applied for relief pursuant to Rule B, which was granted *ex parte* in January 2007.

Plaintiff has been successful in restraining funds of Lixin for which Lixin has been notified. We are no longer serving daily notice of the attachment since Plaintiff is now fully secured. Our understanding through overseas solicitors is the parties are actively discussing settlement and have an in person meeting scheduled this month to further these settlement discussions. We do not wish to disturb the settlement negotiations by effecting formal service of process and for this reason, ask that the Court

NYDOCS1/282951.1

grant an additional 60 days for service of the complaint, up to and including, July 16, 2007.

 We thank the Court for its consideration of this request.

      Respectfully submitted,
      FREEHILL HOGAN & MAHAR, LLP

      Pamela L. Schultz

**MEMO ENDORSED**

Granted. No further extensions.

SO ORDERED
LEWIS A. KAPLAN, USDJ  5/9/07

NYDOCS1/282951.1

FREEHILL HOGAN & MAHAR LLP